LANE v. FAUST

    No. 19 PC.

    Case below: 11 N.C. App. 717.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 September 1971.

LONG v. COBLE

    No. 5 PC.

    Case below: 11 N.C. App. 624.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 September 1971.

McRORIE v. SHINN

    No. 110 PC.

    Case below: 11 N.C. App. 475.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 September 1971.

MANESS v. BULLINS

    No. 109 PC.

    Case below: 11 N.C. App. 567.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 September 1971.

ROBINSON v. McMAHAN

    No. 102 PC.

    Case below: 11 N.C. App. 275.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 6 September 1971.

SMITH v. COACH LINES

    No. 18 PC.

    Case below: 12 N.C. App. 25.

    Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 September 1971.